



**OFFICE OF THE DISTRICT ATTORNEY, Bronx County**

---

**ROBERT T. JOHNSON**  198 East 161st Street  (718) 590-6476
*District Attorney*  Bronx, New York 10451  Fax 590-6523

May 29, 2008

Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

Frank Maas, USMJ  6/4/08

Re:  Calvin Washington v. Dale Artus,
07 Civ. 7769 (DAB)(FM)

Your Honor:

Our Office represents the respondent in the above-entitled habeas corpus proceeding. Pursuant to your Order, our response to the pro se petition is currently due on June 6, 2008. Due to my workload, I respectfully request a sixty-day extension until August 5, 2008, to file a response.

Currently, I am responsible for filing a state appellate brief in the Appellate Division, First Department (People v. James Kadarko, Ind. No. 3629/2004). The defendant is currently incarcerated, and his brief constitutes his first direct challenge to the judgment of conviction. I also have an additional application for a federal writ of habeas corpus that is awaiting a response.

This first request for an extension to August 5, 2008, is made in good faith, based upon my approximation of the time required to prepare an adequate response. Thank you for your time and consideration in this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/08

Respectfully,

T. Charles Won
Assistant District Attorney

cc:  Calvin Washington
     # 02-A-2339
     Clinton Correctional Facility
     P.O. Box 2001
     Dannemora, New York 12929