**MEMO ENDORSED**

Mr. Calvin Washington
D.I.N. # 02-A-2339
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929



07 Civ. 7769(DAB)(FM)

Honorable Deborah A. Batts
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Room 2510
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/08

RE: Calvin Washington v. Superintendent, Dale Artus/ Request for a stay and abeyance contingent.

Dear Hon. Deborah A. Batts,

Good day. I would like for the above-named docket to be held in abeyance. I have recently submitted a 440.10 motion in the Supreme Court, Bronx County in part T19, to be heard by Justice D. Stadtmauer. (265 East 161st Street, RM. 550, Bronx, NY 10451) The issues raised are newly discovered evidence and may have some relevance to my habeas corpus petition.

Furthermore, I would like to exhaust these states claims and submit an amended petition when these issues are exhausted. I ask that you use your judicial discretion and grant this request for a stay and abeyance contingent. I thank you for your time and consideration.

*granted DAB 8/20/08*

Dated 7/31/08

CC. FILE

CC. Robert Johnson
   District Attorney
   Bronx County
   198 East 161st Street
   Bronx, NY 10451

Sincerely,
Calvin Washington
Mr. Calvin Washington
D.I.N. # 02-A-2339
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

*The case is hereby stayed. Petitioner shall apply to the Court in writing to lift the stay*

**SO ORDERED**

Deborah A. Batts  8/20/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE